UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **CENTRAL MAINE HEALTHCARE CORPORATION, CENTRAL MAINE MEDICAL CENTER, and BRIDGTON HOSPITAL,**<br><br>**Plaintiffs**<br><br>v.<br><br>**WESTCHESTER SPECIALTY INSURANCE SERVICES, INC.,**<br><br>**Defendant** | Civil No. 2:16-cv-00471-JDL |

## CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Bridgton Hospital discloses the following:

1. Plaintiff Bridgton Hospital is a Maine nonprofit corporation and has no owners or ownership interests.

DATED at Portland, Maine this 5th day of October, 2016.

BY:   /s/ Christopher C. Dinan
        Christopher C. Dinan, Esq.
        Attorney for Plaintiffs
        Maine Bar No. 2593

MONAGHAN LEAHY, LLP
95 Exchange Street, P.O. Box 7046
Portland, ME 04112-7046
(207) 774-3906